1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| JOHN WESLEY WILLIAMS, | ) Case No.: 1:19-cv-00151-DAD-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER VACATING JULY 3, 2019 ORDER TO SHOW CAUSE |
| PILKERTEN, et.al., | ) [ECF No. 9] |
| Defendants. | ) FINDINGS AND RECOMMENDATION RECOMMENDING THIS ACTION PROCEED ON PLAINTIFF' RETALIATION AND DELIBERATE INDIFFERENCE CLAIMS |
|  | ) [ECF Nos. 8, 11] |

Plaintiff John Wesley Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

On May 23, 2019, the Court screened Plaintiff's complaint and found that he stated a cognizable claim against Defendants Castro, Mirda, Serna, Fernandez, Hicks and Villarrial for retaliation and deliberate indifference only. The Court granted Plaintiff thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the claims found to be cognizable. After Plaintiff failed to respond to the Court's order, Plaintiff was ordered to show cause why the action should not be dismissed.

///

1

On July 12, 2019, Plaintiff filed a response to the Court's May 23, 2019, screening order indicating that he wishes to proceed on the claims found to be cognizable. (ECF No. 11.) Then, on July 15, 2019, Plaintiff filed a response to the Court's order to show cause. (ECF No. 12.) In his response to the order to show cause, Plaintiff submits that due his transfers to and from different facilities, he did not receive the Court's May 23, 2019, screening order until late June or early July 2019. On the basis of good cause, the Court will vacate the July 3, 2019, order to show cause. In addition, based on Plaintiff's notice that he wishes to proceed only on the retaliation and deliberate indifference claims, the Court will recommend this action proceed on those claims only and all other claims and Defendants be dismissed from the action.

For the reasons set forth in the May 23, 2019, Findings and Recommendations, Plaintiff states a cognizable retaliation and deliberate indifference claim against Defendants Castro, Mirda, Serna, Fernandez, Hicks and Villarrial. However, Plaintiff fails to state a cognizable claim against Defendant Pilkerten and this Defendant shall be dismissed from the action for failure to state a cognizable claim for relief.

Accordingly, it is HEREBY ORDERED that the July 3, 2019, order to show cause is vacated.

Further, it is HEREBY RECOMMENDED that:

1. For the reasons set forth in the May 23, 2019, Findings and Recommendation, this action shall proceed on Plaintiff's retaliation and deliberate indifference claims against Defendants Castro, Mirda, Serna, Fernandez, Hicks and Villarrial; and

2. Defendant Pilkerten is dismissed from the action or failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may

///

///

result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __**July 16, 2019**__

UNITED STATES MAGISTRATE JUDGE