# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PILKERTEN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00151-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO FILE A RESPONSE |

Plaintiff John Wesley Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

Currently before the Court is Defendants' request for an extension of time to file a response to the complaint, filed December 2, 2019.

Good cause having been presented, it is HEREBY ORDERED that Defendants are granted until January 23, 2020, to file a response to the complaint.

IT IS SO ORDERED.

Dated:   **December 3, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1