1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

10

| JOHN WESLEY WILLIAMS, | ) Case No.: 1:19-cv-00151-DAD-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DIRECTING DEFENDANTS TO RE-SERVE MOTION TO DISMISS ON PLAINTIFF AT NEW ADDRESS OF RECORD |
| PILKERTEN, et.al., | ) |
| Defendants. | ) [ECF No. 26] |
| | ) |

Plaintiff John Wesley Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

On January 23, 2020, Defendants filed a motion to dismiss the action for failure to exhaust the administrative remedies and failure to state a cognizable claim for relief. (ECF No. 26.)

///
///
///
///
///
///
///
///

1

Since the filing of Defendants' motion to dismiss, Plaintiff has been transferred to two different facilities, and he is currently housed at R.J. Donovan Correctional Facility in San Diego, California. In light of the fact that Plaintiff has been transferred twice and is now at a new facility, the Court HEREBY DIRECTS Defendants to re-serve a copy of the motion to dismiss filed on January 23, 2020, at Plaintiff's current location and file a copy of the re-service notice within **five (5) business** days.

IT IS SO ORDERED.

Dated: __**March 5, 2020**__

UNITED STATES MAGISTRATE JUDGE