# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>      Plaintiff,<br><br>     v.<br><br>PILKERTEN, et.al.,<br><br>      Defendants. | Case No.: 1:19-cv-00151-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY<br><br>[ECF No. 34] |

Plaintiff John Wesley Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

Currently before the Court is Defendants' request for an extension of time to file a reply to Plaintiff's opposition, filed March 16, 2020.

Good cause having been presented, it is HEREBY ORDERED that Defendants have until **April 1, 2020** to file a reply.

IT IS SO ORDERED.

Dated:   **March 16, 2020**  
                                                     UNITED STATES MAGISTRATE JUDGE