UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>PILKERTEN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00151-DAD-SAB (PC)<br><br>ORDER REQURING PARTIES TO APPEAR BY **VIDEO VIA ZOOM** AT SETTLEMENT CONFERENCE |

　　　　Plaintiff John Wesley Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

　　　　This case is currently set for settlement conference before the undersigned on December 8, 2020, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.

　　　　In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear remotely by **video via Zoom**.

///

///

///

///

///

///

1

Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **November 6, 2020**

UNITED STATES MAGISTRATE JUDGE