UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br>                   Plaintiff,<br><br>v.<br><br>PILKERTEN, et al.,<br>                   Defendants. | 1:19-cv-00151-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **JOHN WESLEY WILLIAMS, CDCR #V34099 (VIA ZOOM)**<br><br>DATE: December 8, 2020<br>TIME: 9:30 a.m. |

    **John Wesley Williams**, **CDCR #V34099**, a necessary and material witness on his own behalf in a Settlement Conference in this case on December 8, 2020, is confined at **R.J. Donovan Correctional Facility**, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video from his present institution of confinement (via Zoom)** before Magistrate Judge Barbara A. McAuliffe, on December 8, 2020, at 9:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video (via Zoom)** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of R.J. Donovan Correctional Facility**

    **WE COMMAND** you to produce the inmate named above **to appear via video (via Zoom)** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **November 6, 2020**

                                                             UNITED STATES MAGISTRATE JUDGE

