UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>PILKERTEN, et.al.,<br><br>          Defendants. | Case No.: 1:19-cv-00151-DAD-SAB (PC)<br><br>ORDER THAT INMATE JOHN WESLEY WILLIAMS IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 56) |

Plaintiff John Wesley Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

A settlement conference in this matter commenced on December 8, 2020. Inmate John Wesley Williams, CDCR #V-34099, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **December 8, 2020**          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

1