**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>PILKERTEN, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00151-DAD-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

Plaintiff John Wesley Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983, filed on February 4, 2019.

On December 8, 2020, this Court conducted a settlement conference.  During the settlement conference, the parties reached a settlement agreement.  The terms of the settlement were placed on the record, all dates were vacated, and the Court retained jurisdiction for one year.  (ECF No. 59.)

Based upon the settlement of this action, it is HEREBY ORDERED that dispositional documents shall be filed within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: __**December 8, 2020**__

           UNITED STATES MAGISTRATE JUDGE

1